IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VW CREDIT INC., | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:24-CV-01001-SDJ-AGD |
| v. | § § | |
| MICHEALA NICOLE ABOR, | § § | |
| Defendant. | § § | |

### MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 19, 2025, the Magistrate Judge entered a Report, (Dkt. #23), recommending that this case be remanded to the 493rd District Court of Collin County, Texas. On September 19, 2025, Defendant filed an objection to the Report (Dkt. #27).

Having received the Report of the Magistrate Judge, considered Defendant's objection, (Dkt. #27), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.[1]

It is therefore **ORDERED** that this case is **REMANDED** to the 493rd District Court of Collin County, Texas.

---

[1] In her objections, Defendant moved for default judgment. Because this Court lacks subject matter jurisdiction over this case, the Court does not have the authority to consider Defendant's motion for default judgment.

It is further **ORDERED** that any relief not addressed herein is **DENIED**.

The clerk of court is directed to immediately transmit this case to the 493rd District Court of Collin County, Texas. The clerk of court shall close this case.

**So ORDERED and SIGNED this 22nd day of September, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE